1

**SAM H. JAMES JR. PRO-SE**

**P.O. BOX 13**

**EAST ORANGE, NEW JERSEY 07017**

**PRESIDENT VLDAMIR PUTIN SOVIET RUSSIA**

23 Ilyinka Street

**MOSCOW 103132 , RUSSIA Registered Mail**



13-6584 (DMC)

U.S. DISTRICT COURT
2013 OCT 25 P 2: 21

Complaint to United Nations by Individuals under United Nations International Covenant on Civil Rights, if you sue the Government the Jews and whites and its club members of Satan retaliate against you, under color of State & Federal law, in America just like Mr. O.J. Simpson members tried to get me to get guns and all kinds of set-ups fraternal memberships, Case L-8712-06 in which I appealed can be found on the Internet A-004899-07T1, ( they also fixed the record to make it look like I was wrong) while that case was going on I was evicted by a Jewish Judge and fellow members took bribes even the Court, members and staff, I am requesting that Russian President Vladmir Putin, and United States President Barrack Obama, and the United Nations Plaza, become involved and investigate all trials in the United States investigated held on the 13th day of any month or 13 years after you have had a trial, such as my case was heard on July 13, 1993 and 13 Years Later in August of 2006 case L-8712-06 was instituted to get even with me , violating my Federal & Civil Rights to State of New Jersey.

Please investigate my civil Rights and O.J. Simpsons Civil Rights and many other blacks that have been targets of this Club of Satan.

**PRESIDENT VLDAMIR PUTIN; SOVIET RUSSIA;**

Sir on April 30, 2013 re919876227US, I sent you registered mail about my felling about the discrimination by the United States of America against my race and also provided to you, Satan was not U. S. President Barrack Obama, it is one more thing I want you to do is a have the International Community, to subpoena all records of 50 State's of the United States and Federal Trials held on the month date year trials on the Number 13, or 13 years later,, where the United States or State Government retaliates against its own citizens of color, such as me and Mr. O.J. Simpson 13 years after Attorney Johnnie L. Cochran Jr. represented him, my trial was heard on July 13, 1993, 13 years

2

later case L-8712-06 was developed and presented by the State of New Jersey, which I had set up my Judges and reversed the Judgment A-004899-O7T1, which you can find on Google.Com, Please put this all over the international community, where the Whites threw the Jews created this club October 31, 1517 Martin Lutherans birthday, switching around the number 31 to 13, creating a club targeted the black males and women to join a club to worshipping Jesus, really a club of the whites and Jews, just like they did me if you represent yourself in a high profile case such as mine or try to exercise your civil rights, the people on the bottom floors of the Church throw signs and bamboozle each other, violating the United States 13th amendment waging War against The United States Constitution that is why I called all of them the N-word black and white.

Mr. Putin I must send you this letter, to show you, if I went to a hospital they would shoot me up with medicine to mentally enslave mean laugh, what dummies. Mr. Putin then, after you help me to enforce this, I can move for reparations from the United States for all citizens of the descendants of the Former slaves as promised, United States Of America before in 1865 U. S. President Abraham Lincoln got it in his head "POW" and this crap has continued for years in Government Conspiracies against my race. The Pen is mightier than the Sword. President Putin they think by throwing away my records and kicking me out in the street, they can say I am Koo-Koo, because of my injury, please honor my request for me and Mr. O.J. Simpson sir to cut out discrimination in America Human Rights procedure June 18, 2007, Complaint Procedure 5.1, in which I ask you U.S. Soviet President Vladimir Putin to help me have U.S. President Barrack Obama to address the issues of racial discrimination against the United States Constitution, retaliation against the black race in the United States, by the Jews and whites in a secret club with its members worshipping Satan dated back to October 31, 1517, the Doctrine of the Papal Bull, or Halloween, discriminating against the black race and use of our Government, to have its citizens worship Satan, to cover such events, all the way to the United States Supreme Court I advised you Soviet Union President of such around 4-30-2013, so you would mistakenly not label our President Satan, but our Government was laid before he was ever born. I lived in 279 Fourth Avenue Apartment 406 East Orange, New Jersey from July 1, 1985 to June 9, 2009 where Superior Court Judge Mahlon Fast entered into bribery with Thaniel J. Beinert Esq. To defame me by saying I was tearing up his property and was denied a fair trial and the State Government, of New Jersey and America sent in my supposed to be girlfriend Joan Brown, to turn my head and then she filed a false domestic Violence complaint, after I was falsely evicted after one month short of 25 years of services to my landlord, and then the set up continued after I moved into 112 Lincoln Street Apt 303 East Orange, New Jersey 07018 and I refused to pay rent for a fair hearing, and the Jewish

Judge Ned Rosenburg, refused to hear me and evicted me again under color of State law and the Lawyers who represented the landlords made statements oh you are the infamous Sam H. James Jr. Instead of allowing me a fair trial by use of Governmental rights and services to be introduced fairly. The law allows under N.J.S.A. 2A:14-1 ET-Al of such but one thing Attorney Thaniel J. Beinert and Judge Mahlon Fast, committed bribery and the United States Justice system, on unfair Justice under color of State law, in 2009 when I went into Trenton Municipal Court on June 9, 2009 raided 24 and 3\4 years of my files under color of State and Federal Law, because of such racism by the United States of America. I am asking you and the United Nations Council under June 18, 2007, 5.1 to investigate the United States of America for racial discrimination, against my race and with the Jews trying to start a war with other Nations, to cover such activities bamboozlings U.S. President Barrack Obama, when he is in office not to fulfill, United States Constitutional Amendment 13th and 14th as promised, threw the United States Constitution and I had a trial on July 13, 1993, 13 Years later the Government with the use of my bamboozled, brothers and sisters started putting drugs in my spices after the Doctors tried, and the Fraternal brotherhood and if I go to the hospital I will be killed or shot up with drugs, and that is why I called my brothers and sisters niggers and the Whites to produce such a unfair Government this is, even done to its soldiers my American brothers and sisters, also my grandfather Vivian James and my cousin Lonnie if they had not watched, and many other of my family members served in this Governments Wars, to be discriminated against by the United States Government in revenge, and then a Veteran, night before last asked me to give up my case possibly threw, influence I said to him after a argument no, because the Jews with the Whites have a club of deceit against its citizens creating unfairness in the United States of America. The Jews have a club threw the whites we can beat this club sir without firing a shot sir, by investigation of such President Vladimir Putin. The United States Judges State Judges, Administrative Judges, and Municipal Judges and court staff can play tricks, but we with United Nations can investigate all trials on the date of 13, or 13 years after going up against State of by any citizen, and they cannot hide the fact of July 13, 1993, they had my trial in the Division of Workers Compensation Paterson, New Jersey because I ran two Jews out of my case for fraud, and then as I was moving I watched The O.J. Simpson case and 13 years later just like my trial Mr. Simpson was set up and reminded of the death of the prophetical Jesus the died at 33 years of age . I have also noticed this nonsense in homeless agencies, by Olivari West 30 Street New York, NY when I complained of not wanting to take a TB, test in a filthy trailer, and filed a complaint against Bob Kennedy of Urban Pathways 575 8th Avenue New York, N.Y. and the members in Oliveri started trying to set me up, so I came back to New Jersey and went to Newark

4

International Airport, then about seven month after going to, Newark Airport, Urban Pathways was given right their to have a homeless organization, Office their and even though ZI am homeless and disabled, Liz Lombardi, threw Darlene has used Port Authority Police, to intimidate the homeless, with acts of Oh get up and walk around, and tell us to get out, go back to Newark Penn Station and all kinds of smart remarks to the homeless, by some NY, N..J. Port Authority Police, threw continued conspiracy threw Urban Pathways threw, Darlene and others creating a false record saying I do not want services, because disabled blacks and other are channeled threw, lines of discrimination by being forced into same urban neighborhoods denying us services in white neighborhoods and HUD Programs Channeled threw the same policies in violation of American with disabilities Act, but because of the clubs of Satan these actions are not investigated by HUD. I am a 61 year old male awaiting housing after a judge took a bribe, threw his Jewish buddies, to steal my files, by saying I damaged his property after 25 years of services, of paying my money for rent, the Federal Judges, in the club of Satan, do to me like I was done in case 05-0310, make a move to set you up for perjury, then when I filed a motion to knock his draws loose, uses his, Federal Powers to dismiss, my case unfairly and then create a case in retaliation then the State Judges and members of the Club of Satan create a case, like L-8712-06, then in judicial favoritism, cast judgment on a poor black person for $200,000.00, then knowing you cannot pay will put you in contempt of court, then they have you like Mr. O.J. Simpson Marooned, in a unfair United States Justice System who uses its citizens in wars, and then leave me and U.S. Veterans and all of us used bodies in the streets of the United States of America, to be filtered and pickled in the morgues of America those of us that you cannot provide housing or adequate services for. U.S. Soviet Union President Vladimir Putin, we must go to United Nations and request a fair hearing against my country for the freedom of my people from the badges and incidents of invidious discrimination against my race, threw involuntary servitude, they have blacks join, the unreligious clubs, adverse to what the United States preaches about GOD.

Respectfully, Submitted

Sam H. James Jr.

CC: U.S. President Barrak Obama that is why I called my people niggers

    U.S. District Court Newark, New Jersey Clerk William T. Walsh

    U.S. Court of Appeals for the Third Circuit Marsha Waldren 12-3296

<u>Eric Holder U.S. Attorney General State of New Jersey, Paul Fishman</u>

<u>United Nations Plaza 777, 44th Street New York, N.Y. Civil Rights Unit.</u>

<u>O.J. Simpson Case, Nevada</u>

<u>JUDGE John Watson East Orange Municipal Court, you and Derrick Griffin had fun</u>

<u>Mocking me in your courts, and in 1991, you allowed Ricky Scott, to come to court brandishing</u>

<u>The fraternal signs of the compass and the square, but when I came to court, all of you turned against me, Officer Phil Reed, wanted to know how I won that case, I called a White woman my cousin Nancy, who's Attorney was the Cities Attorney Jack Gold, and she told him even though I had spent a $1000.00 in 1991, my money was no good, he agreed with her, that you people my people were unfair to one another, that is why the case was dismissed and about, a month or two later the Superior Court Bail Clerk entered into a drug rehabilitation center, for drugs, one of your Newark N.J. Municipal Court workers advised me.</u>

<u>United States District Court Chief Judge Jerome Simindale, I filed a complaint for the United States Department of Justice to investigate but unfortunately that will not happen without outside help, this discriminate has run concurrent since 1991, as I have seen and just showed up in East Orange Municipal Court shortly around Sept 9, 2013, I saw a movie on the history about a fellow being chased and set-up by the Police such as you have done me because, he got upset and shot a guy, not me you want to chase me the chase is back at you, my officials. I filed a case with the United States Attorneys Office Feb. 12, 2012, oh well, because of the conspiracy by Department of Justice, you get the case now to remove to United States Supreme Court, for Eric Holder, because I want to know why the Jews and the Whites have you in a club chasing Each Other ? May you have nothing else to do ?</u>

<u>LiZ Lombardi, of Urban Pathways, I have asked Darlene on many Occasions for a letter, and she has constantly refused, also I have asked Tyrone, on a many occasions before you moved him, and the New Lady, so when you keep writing that phony shit in your files, remember executive order 12250, entered into law by President Jimmy Carter, when I request what are you doing with Federal Funds, for us in New Jersey you better have a good count, because other homeless people are concerned, at why you have the Police running homeless people around with their legs swollen and other problems when you know that, most homeless people were not living in slums, when we became homeless, a lot of us was displaced by unfair Government and by you trying to force us out in any way, instead of</u>

Port Authority, giving you a large amount of money it would spend far less, to give all homeless people, down payments and assume the property when we die, its better than what you law breakers are doing, intimidation of threats and coercion of the homeless and trying to make us aggravated to break the law, Port Authority Police, see White people with dogs all the time and not seeing eye dogs and do not harass them plus wake us up in the middle of the night, then you really get nothing done this is why this letter is being sent to United Nations for some assistance.

I am going to Chase all of my Judges because the Club tried to do me like Mr. O.J. Simpson

East Orange Municipal Prosecutor Ken Hall, is this the kind of case you want to be a conspirator in, the Judges in East Orange started the conspiracy with when I fired now Judge Karimu F. Hill Harvey in in 1989, in Judge Dickinson R. Debevoise Court, for incompetence, I fighting for total and Permanent Disability, and she files in the court wrongful termination, she had to go that was 24 years ago sir.

Americans with Disabilities Act Title 11 and 111, how in the hell do you expect to hear a Americans with Disability act Complaint when you have a Goverment that is racist and upset, because two Jewish Physicians did damage to my spine and a Italian Lawyer part racist said we did this to another fellow, all of the parties in theLegal field started chqasing him under color of State law for him exercisng his rights to the State of New Jersey, then I have set up the United States District courts for fraud and pattern of practice and now ask the United States Department of Justice Eric Holder, to investigate color ofg law activity by your fraternal clubs in which the blacks sit with the Jews lynching the blacks under the Number 13, such as was done to Mr. O.J. Simpson and myself and many others and the Judge Walter Kaprowski Jr, who is the head Topic for Elder Abuse a Topic of the White House, the United Nations Plaza 77 West 44 Street New York NY 100017 to investigate how the Jews and whites and blacks in the fraternal Order, murder or have unfair trials, under color of State and Federal law in retaliation for that individual getting a lawyer like Johnnie L. Cockran Jr. Or Like the Late Attorney Joseph P. Piscopo and the United States and State Goverment retaliaties, under color of State Law.

Eric Holder the Conspiracvy has run concurrent since around 1997 until present also if you , check States records when I applied for Section 8, Pete Rickebene tried to set me up for failure to disclose information to a State agency, just as Judge Mahlon Fgast did but I withdrew that application wioth prejudice to stop that color of law activity by State and Federal Goverment that is why Judge Mahlon Fast and Attorney Thaniel J. Beinert committed Bribery in the Superior Court of New Jersey to evict me. Attached with already filed complaint Feb, 13, 2012 where the Department of Justice also failed

7

to investigate. Under New Jersey Statues Annotated 2:14-2 Abuse of Process and malicious prosecution toll the statute until such criminal proceding are heard agaisnt all parties U.S.C. a. 2860 (H) and U.S.C.A. 14141 shall be investigated by the F.B.I. that is why Attorney Thaniel J. Beinert and Judge Mahlon fast intered into bribery to steal my files the court has the records, but in case they destroyed them the evidence of the Number 13, wiil prove a pattern on practice by State and Federal Goverment, they tried to set me up